THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL NOTO, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.

Submitted January 6, 1947; decided February 27, 1947.

*Michael Noto,* in person, for motion for leave to appeal.

*Nathaniel L. Goldstein, Attorney-General (Emil L. Cohen* of counsel), for motion to dismiss appeal.

Motion for leave to appeal denied. Motion to dismiss appeal granted and appeal dismissed.